HERBERT J. FARBER, Appellant, v. SAUL A. FINKEL, Defendant, and HELMUT STEINER et al., Respondents. HELMUT STEINER et al., Petitioners, v. HERBERT J. FARBER, Respondent.—

Concur — Stevens, P. J., Capozzoli, McGivern and Markewich, JJ.